Receipt #1005562

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

## COVER SHEET FOR AMENDMENTS

Case Name: Laura Lucas     Case No.: 19-30218

**DESCRIBE INFORMATION BEING AMENDED BY CHECKING APPLICABLE BOX(ES) BELOW:**

- ☐ **Amendment to Petition:**
    - ☐ Name ☐ Debtor(s) Mailing Address ☐ Alias
    - ☐ Signature ☐ Complying with Order Directing the Filing of Official Form(s)
- ☐ **Summary of Your Assets and Liabilities and Certain Statistical Information**
- ☐ **Statement of Financial Affairs**
- ☒ **Schedules and List of Creditors:**
    - ☐ Schedule A/B
    - ☐ Schedule C ☐ Debtor 2 Schedule C
    - ☒ List of Creditors ☐ Schedule D ☐ Schedule E/F and
        - ☒ Add creditor(s), provide address of creditor already on the List of Creditors, change amount or classification of debt - **$31.00 Fee Required**, or
        - ☐ Change address of a creditor already on the List of Creditors – **No Fee Required**
    - ☐ Schedule G
    - ☐ Schedule H
    - ☐ Schedule I
    - ☐ Schedule J
    - ☐ Schedule J-2

NOTE: Use Page 2 for any corrections or additions to the List of Creditors.

Additional Details of Amendment(s): _____

| | |
|---|---|
| ➡ | **DECLARATION OF ATTORNEY:** I declare that the above information contained on this cover sheet may be relied upon by the Clerk of the Court as a complete and accurate summary of the information contained in the documents attached. |
| Date | Signature |
| ➡ | **AFFIRMATION OF DEBTOR(S):** I declare under penalty of perjury that I have read this cover sheet and the attached schedules, lists, statements, etc., and that they are true and correct to the best of my knowledge, information and belief. |
| Date 2-13-19 | Signature *Laura L Lucas* |
| Date | Signature |

1

## CORRECTIONS TO THE LIST OF CREDITORS

Use this section to make corrections to the name(s) and address(es) of any creditor(s) listed on the current schedules and List of Creditors.

PREVIOUS NAME/ADDRESS OF CREDITOR:          PLEASE CHANGE TO:
_____       _____
_____       _____
_____       _____

PREVIOUS NAME/ADDRESS OF CREDITOR:          PLEASE CHANGE TO:
_____       _____
_____       _____
_____       _____

PREVIOUS NAME/ADDRESS OF CREDITOR:          PLEASE CHANGE TO:
_____       _____
_____       _____
_____       _____

## ADDITIONS TO THE LIST OF CREDITORS

Use this section to identify creditors added to the schedules and List of Creditors.

NAME OF CREDITOR:   *See attachment*_____

ADDRESS:            _____
                    _____

NAME OF CREDITOR:   _____

ADDRESS:            _____
                    _____

NAME OF CREDITOR:   _____

ADDRESS:            _____
                    _____

*FOR ADDITIONAL CORRECTIONS/ADDITIONS, COPY THIS SHEET AND CONTINUE.*

Kayleen P. Hendler
Attorney and Counselor at Law
PO Box 476
Lapeer, MI 48446

Kellam and Associates, P.C.
7619 Solution Center
Chicago, IL 60677-7006

Lapeer County Surgery Center
1546 Callis Rd
Lapeer, MI 48446

Lapeer Womens Health
Ramona D Andrei
2605 Sequoia CT
Bloomfield Hills, MI 48304-1838

Law Offices of David Brown
1820 N. Lapeer Rd Suite 2A
Lapeer, MI 48446

McLaren Facility – PP
PO Box 775373
Chicago, IL 60677-5373

McLaren Flint
Dept #77498
PO Box 77000
Detroit, MI 48277-0498

McLaren Lapeer Region
Dept. 77828
PO Box 77000
Detroit, MI 48277-0828

McLaren – Lapeer Region
PO Box 441575
Detroit, MI 48244-1575

McLaren Medical Group
Dept. 77312
PO Box 77000
Detroit, MI 48277-0312

McLaren Oakland
8600 Reliable Pkwy
Chicago, IL 60686-0086

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF                                   CASE NO: 19-30218
                                                                    CHAPTER: 7
                                                                    JUDGE:

Laura L Lucas           /

## PROOF OF MAILING

I, the undersigned, hereby certify that on the __13__ day of __February__ sent by mail copies of __Notice of Bankruptcy__ _____, in the above-entitled case,

to the following person(s):

See attached

DATED: 2-13-19                            SIGNED: Laura L Lucas

PRINT NAME/ADDRESS/PHONE #:

Laura L Lucas
114 Twin Oaks Dr
Lapeer, MI 48446
810-614-0850

Kayleen P. Hendler
Attorney and Counselor at Law
PO Box 476
Lapeer, MI 48446

Kellam and Associates, P.C.
7619 Solution Center
Chicago, IL 60677-7006

Lapeer County Surgery Center
1546 Callis Rd
Lapeer, MI 48446

Lapeer Womens Health
Ramona D Andrei
2605 Sequoia CT
Bloomfield Hills, MI 48304-1838

Law Offices of David Brown
1820 N. Lapeer Rd Suite 2A
Lapeer, MI 48446

McLaren Facility – PP
PO Box 775373
Chicago, IL 60677-5373

McLaren Flint
Dept #77498
PO Box 77000
Detroit, MI 48277-0498

McLaren Lapeer Region
Dept. 77828
PO Box 77000
Detroit, MI 48277-0828

McLaren – Lapeer Region
PO Box 441575
Detroit, MI 48244-1575

McLaren Medical Group
Dept. 77312
PO Box 77000
Detroit, MI 48277-0312

McLaren Oakland
8600 Reliable Pkwy
Chicago, IL 60686-0086